

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00130-CR

Reynaldo **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR12156W
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED, and counsel's motion to withdraw is GRANTED.

SIGNED November 25, 2020.

_____
Liza A. Rodriguez, Justice